# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Camelot Paper, Inc., an Illinois Corp., v. Frank Ambrose, Inc., a Michigan Corp., d/b/a Ambrose International; Frank Ambrose, Inc., a Michigan Corp. d/b/a Florida Paper, Inc., d/b/a Arthur's Paper; Florida Paper, Inc., a Florida Corporation, d/b/a Arthur's Paper; and Frank Ambrose | FILED: JULY 22, 2008<br>08CV4139<br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Camelot Paper, Inc., an Illinois Corporation     PH

| |
|---|
| NAME (Type or print)<br>Edward M. Ordonez |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Edward M. Ordonez |
| FIRM<br>Cozen O'Connor |
| STREET ADDRESS<br>222 S. Riverside Plaza, Suite 1500 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6199123 | TELEPHONE NUMBER<br>312-382-3100 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓     NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |