U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08-CV-4139 |

Camelot Paper, Inc., an Illinois corporation,

v.

Frank Ambrose, Inc., a Michigan corporation, d/b/a Ambrose International; Frank Ambrose, Inc., a Michigan corporation, d/b/a Florida Paper, Inc., d/b/a Arthur's Paper; Florida Paper, Inc., a Florida corporation, d/b/a Arthur's Paper; and Robert Ambrose, Individually,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Frank Ambrose, Inc., Florida Paper, Inc., and Robert Ambrose

| |
|---|
| NAME (Type or print)    W. Scott Turnbull |

| |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         s/W. Scott Turnbull |

| |
|---|
| FIRM    Miller Canfield, Paddock and Stone, P.L.C. |

| |
|---|
| STREET ADDRESS    150 W. Jefferson, Suite 2500 |

| |
|---|
| CITY/STATE/ZIP    Detroit, MI  48226 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  (ARDC No. 6257848) | TELEPHONE NUMBER  (313) 963-6420 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Yes |

| |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") No |

| |
|---|
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Yes |

| |
|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Yes |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                APPOINTED COUNSEL

DELIB:3002540.1\112112-00021