IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMELOT PAPER, INC., an Illinois corporation,<br><br>                 Plaintiff,<br><br>   v.<br><br>FRANK AMBROSE, INC., et al.,<br><br>                 Defendants. | No. 08 CV 4139<br><br>Judge Holderman<br>Magistrate Judge Cole |

## NOTICE OF MOTION

TO:    Edward M. Ordonez, Esq.
          Cozen O'Connor
          222 South Riverside Plaza
          Suite 1500
          Chicago, IL 60606

      PLEASE TAKE NOTICE that on September 4, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James F. Holderman, or any judge presiding in his stead in Room 2541, United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Defendants' Motion to Dismiss Defendants Pursuant to Fed.R.Civ.P.12(b)(2), a copy of which was previously served upon you.

                                                 Miller Canfield, Paddock and Stone, P.L.C.

                                                 s/Cara M. Houck
                                                 Robert T. Zielinski (ARDC No. 06183981)
                                                 Cara M. Houck (ARDC No. 06239153)
                                                 Attorneys for Defendants
                                                 225 W. Washington Street, Ste 2600
                                                 Chicago, Illinois, 60606
                                                 (312) 460-4200

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2008, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing upon all ECF filing participants.

      By:  s/Cara M. Houck
      Cara M. Houck (ARDC No. 06239153)
      Miller Canfield, Paddock and Stone, P.L.C.
      Attorneys for Defendants
      225 W. Washington Street, Ste 2600
      Chicago, Illinois, 60606
      (312) 460-4200

CHLIB:19000.1\112112-00021