U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                   Case Number: 08 CV 04139

Camelot Paper, Inc., an IL Corp., v. Frank Ambrose, Inc., a MI Corp., d/b/a Ambrose Int.; Frank Ambrose, Inc., a MI Corp. d/b/a Florida Paper, Inc., d/b/a Arthur's Paper; Florida Paper, Inc., a FL Corp., d/b/a Arthur's Paper; and Frank Ambrose

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CAMELOT PAPER, INC., AN ILLINOIS CORP.

| NAME (Type or print) |
| --- |
| KRISTIN S. YOO |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ KRISTIN S. YOO |

| FIRM |
| --- |
| COZEN O'CONNOR |

| STREET ADDRESS |
| --- |
| 222 S. RIVERSIDE PLAZA, SUITE 1500 |

| CITY/STATE/ZIP |
| --- |
| CHICAGO, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6279521 | 312-382-3100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |
| --- | --- | --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |